IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL LYONS,

      Plaintiff,                    No. CIV S-02-1355 LKK CMK

   vs.

KNOWLES, et al.,

      Defendants.               ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed March 26, 2004, plaintiff's first amended complaint was dismissed with leave to file a second amended complaint. Plaintiff has now filed a second amended complaint.

      The second amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Service is appropriate for the following defendants: Haynes, Dragash, Moss, Sgt. Frates, Lt. Blim, Knowles, Kernan, Silva, Voss, Brazil, Roberson, Johnson, Martinez, Johnson, Dr. Bussi, Dr. Bulmon, and Dr. Powell.

      2. The Clerk of the Court shall send plaintiff 17 USM-285 forms, one summons, an instruction sheet and a copy of the second amended complaint filed April 16, 2004.

      3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

      a. The completed Notice of Submission of Documents;

      b. One completed summons;

      c. One completed USM-285 form for each defendant listed in number 1 above; and

      d. 18 copies of the endorsed second amended complaint filed April 16, 2004.

      4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: August 8, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

                    Plaintiff,                                   No. CIV

        vs.

                                                                     NOTICE OF SUBMISSION

                    Defendants.                                OF DOCUMENTS
_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

                _____        completed summons form

                _____        completed USM-285 forms

                _____        copies of the _____
                                                        Amended Complaint

DATED:

                                                                _____
                                                                Plaintiff