BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5288
 Fax:  (916) 324-5205

Attorneys for Defendants Kernan, Powell. Johnson,
Johnson, Blim, Kile-Martinez, Brazil, Busi, Moss and
Silva
SA2005301759

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARYL LYONS,**<br><br>                                    Plaintiff,<br><br>         v.<br><br>**KNOWLES, et al.,**<br><br>                                    Defendants. | CASE NO. CIV-S-02-1355 LKK CMK P<br><br>**ORDER** |

The court finds there is good cause to grant Defendants' request for an extension of time to respond to Plaintiff's amended complaint.  Accordingly, Defendants are granted a period of thirty days, to and including December 28, 2005, to file and serve a response.

**IT IS SO ORDERED**

December 4, 2005

                /s/   **CRAIG M. KELLISON**
                Craig M. Kellison
                UNITED STATES MAGISTRATE JUDGE

1