IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL LYONS,                           No. CIV S-02-1355-LKK-CMK-P

    Plaintiff,

  vs.                                  <u>ORDER</u>

KNOWLES, et al.,

    Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time to February 10, 2006, to respond to defendants' motion to dismiss.  Good cause appearing therefor, the request will be granted.

      Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiffs motion for an extension of time is granted; and

    2.    Plaintiff may file a response to defendant's motion by February 10, 2006.

DATED:  January 25, 2006.

                              **CRAIG M. KELLISON**
                              UNITED STATES MAGISTRATE JUDGE