IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL LYONS,                                                  No. CIV S-02-1355-LKK-CMK-P

        Plaintiff,

    vs.                                                                       ORDER

KNOWLES, et al.,

        Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

        On September 22, 2005, the court directed service of plaintiff's second amended complaint by the U.S. Marshal on the following defendants:  Haynes, Dragash, Moss, Knowles, Frates, Blim, Kernan, Silva, Voss, Brazil, Roberson, Johnson, Martinez, Johnson, Bussi, Bulmon, and Powell.  Pursuant to Federal Rule of Civil Procedure 4(m), an action shall be dismissed as against any defendant who is not served within 120 days after the complaint is filed.  To date, defendants Frates, Voss, Roberson, Dragash, Haynes, and Knowles have not been served.  Plaintiff will be required to show good cause why such defendants should not be dismissed.  Plaintiff is warned that failure to comply with this order may result in dismissal of

the entire action for lack of prosecution and failure to comply with court rules and orders. <u>See</u> Local Rule 11-110.

   Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 20 days of the date of service of this order why defendants Frates, Voss, Roberson, Dragash, Haynes, and Knowles should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m).

DATED:   May 25, 2006.

            _____
            **CRAIG M. KELLISON**
            UNITED STATES MAGISTRATE JUDGE