1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DARYL LYONS,                                No. CIV S-02-1355-LKK-CMK-P

12                  Plaintiff,

13          vs.                                  <u>ORDER</u>

14   KNOWLES, et al.,

15                  Defendants.

16   _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.   Pending before the court are: (1) plaintiff's response to the court's May

19   26, 2006, order to show cause; (2) plaintiff's document entitled "Motion for Court Intervention;"

20   and (3) plaintiff's request that the court serve his filings on counsel for defendants.

21          Turning first to plaintiff's response to the court's order to show cause and his

22   "Motion for Court Intervention," on September 22, 2005, the court directed service of plaintiff's

23   second amended complaint by the U.S. Marshal on the following defendants:  Haynes, Dragash,

24   Moss, Knowles, Frates, Blim, Kernan, Silva, Voss, Brazil, Roberson, Johnson, Martinez,

25   Johnson, Bussi, Bulmon, and Powell.  Pursuant to Federal Rule of Civil Procedure 4(m), an

26   action shall be dismissed as against any defendant who is not served within 120 days after the

1

1   complaint is filed.  To date, defendants Frates, Voss, Roberson, Dragash, Haynes, and Knowles

2   have not been served.  Plaintiff was directed to show good cause why such defendants should not

3   be dismissed.  In his response, plaintiff states that he now has information sufficient to attempt

4   re-service of defendants Voss and Frates.  Plaintiff requests the court send additional forms for

5   service by the U.S. Marshal.  This request will be granted.

6           Plaintiff also seeks "court assistance" for service of the remaining unserved

7   defendants, but does not specify what assistance he requires.  Plaintiff is advised, however, that

8   upon the opening of discovery in this matter, he may seek such information through that process.

9   In addition, plaintiff may seek information via the California Public Records Act, Calif. Gov't.

10  Code § 6250, et seq.  Only if access to the required information is denied or unreasonably

11  delayed may plaintiff seek judicial intervention.  Once additional information sufficient to effect

12  service is obtained, plaintiff shall notify the court whereupon plaintiff will be forwarded the

13  forms necessary for service by the U.S. Marshal.  It is plaintiff's obligation to so notify the court

14  or face dismissal of unserved defendants under Rule 4(m). In the meantime, plaintiff will be

15  forwarded the requested forms and the order to show cause will be discharged.

16          Finally, plaintiff requests that the court serve copies of his recent filings on

17  counsel for defendants.  Plaintiff states that he no longer has access to a copy machine at the

18  prison.  The request will be denied as unnecessary because a notice of electronic filing was sent

19  to defendants' counsel when plaintiff filed his documents with the court, and the notice allows

20  the recipient to view the filed document.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.      Plaintiff motion entitled "Motion for Court Intervention" is granted, in

3    part;

4          2.      The Clerk of the Court shall send plaintiff two USM-285 forms, one

5    summons, and an instruction sheet;

6          3.      Within 30 days of the date of service of this order, plaintiff shall complete

7    the attached Notice of Submission of Documents and submit the following documents to the

8    court:

9                  a.      The completed Notice of Submission of Documents;

10                 b.      One completed summons; and

11                 c.      Two completed USM-285 form(s);

12         4.      The court's May 26, 2006, order to show cause is discharged; and

13         5.      Plaintiff's request that the court serve recent filings on defendants'

14   counsel is denied.

15

16   DATED:   June 21, 2006.

17

18                                        _____
                                          **CRAIG M. KELLISON**
19                                        UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26