IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL LYONS,                                             No. CIV S-02-1355-LKK-CMK-P

       Plaintiff,

    vs.                                                          ORDER

KNOWLES, et al.,

       Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  In response to the court's May 26, 2006, order regarding unserved defendants Frates, Voss, Roberson, Dragash, Haynes, and Knowles, plaintiff stated that he had additional information to attempt service on defendants Voss and Frates.  As to the remaining unserved defendants, plaintiff requested unspecified court assistance.  On June 22, 2006, the court issued an order which: (1) forwarded plaintiff documents necessary for service as to Voss and Frates by the United States Marshal; and (2) advised plaintiff as to various methods of discovering further information for service of the remaining unserved defendants.  The court required plaintiff to return service documents within 30 days of the date of the order.  To date, plaintiff has not complied.

1

1   Plaintiff will, therefore, be required to show cause in writing why, as an
2   appropriate sanction for failure to comply with the court's order, unserved defendants Voss and
3   Frates should not be dismiss.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 4(m).  Plaintiff is advised
4   that <u>submission of the documents outlined in the court's June 22, 2006, order within the time</u>
5   <u>provided herein will be considered an adequate response to this order to show cause</u>.  Plaintiff is
6   cautioned, however, that failure to respond to this order may result in the dismissal of the entire
7   action for lack of prosecution and failure to comply with court orders.  <u>See</u> Local Rule 11-110.
8   Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in
9   writing within 30 days of the date of service of this order why unserved defendants Voss and
10  Frates should not be dismissed as an appropriate sanction for plaintiff's failure to comply with
11  the court's June 22, 2006, order.

13  DATED: August 3, 2006.

15  _____
    **CRAIG M. KELLISON**
16  UNITED STATES MAGISTRATE JUDGE