IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL LYONS, | No. CIV S-02-1355-LKK-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| KNOWLES, et al., | |
|     Defendants. | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On May 26, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 26, 2006, are adopted in full;

2. Defendants' motions to dismiss are granted;

3. Defendant Bulanon is dismissed from the action; and

4. This action shall proceed against all remaining defendants only on plaintiff's claims under the Eighth Amendment for excessive force and failure to provide medical treatment arising from events on April 7, 2001.

DATED: September 26, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT