1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DARYL LYONS,                        No. CIV S-02-1355-LKK-CMK-P

12                  Plaintiff,

13         vs.                           <u>ORDER</u>

14   BUSI, et al.,

15                  Defendants.

16   _____/

17                  Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.

19                  On November 17, 2006, the court granted plaintiff's motion for leave to file a

20   third amended complaint and found this action appropriate for service on defendants Haynes,

21   Dragash, Moss, Frates, Busi, and Wauwsrovsky.  Defendants Moss and Busi, who had already

22   appeared in the action, have filed an answer to the third amended complaint.  Because the case is

23   at issue as to defendants Moss and Busi, on January 10, 2007, the court issued a scheduling order

24

25                                          1

1   and, on January 11, 2007, the court issued an order opening discovery.[1]   As to the remaining

2   four defendants –  Haynes, Dragash, Frates, and Wauwsrovsky – the November 17, 2006, order

3   directed plaintiff re-submit documents necessary for service by the United States Marshal.[2]

4   Plaintiff failed to comply within the time allowed by the November 17, 2006, order and, on

5   January 8, 2007, the court issued findings and recommendations that defendants Haynes,

6   Dragash, Frates, and Wauwsrovsky be dismissed as an appropriate sanction.

7           In response to the findings and recommendations, plaintiff submitted additional

8   service documents on January 25, 2007, and objections on February 5, 2007.  The additional

9   service documents consist of the forms necessary for the Marshal to attempt service on

10  defendants Frates and Wauwsrovsky.  In his objections, plaintiff states that he is still seeking

11  information necessary for completion of the service forms as to defendants Haynes and Dragash.

12  In light of the foregoing, the court finds it appropriate to vacate the January 8, 2007, findings

13  recommendations.

14          As to defendants Frates and Wauwsrovsky, by separate order the court will direct

15  service by the United States Marshal.  As to defendants Haynes and Dragash, the court construes

16  plaintiff's objections as, in part, seeking an extension of time to comply with the court's

17  November 17, 2006, order to submit service documents.  So construed, the request will be

18  granted and plaintiff will be given additional time to submit service documents for these two

19  defendants.  If, upon nearing expiration of the time to comply, plaintiff is still seeking

20  identification information, he should so inform the court by seeking a further extension of time.

21

22          [1]     The court's January 8, 2007, findings and recommendations incorrectly state that
        the case is not at issue as to defendants Moss and Busi.

23

24          [2]     At the time the November 17, 2006, order was approved, the docket did not
        reflect that plaintiff had submitted service documents for defendants Frates and Wauwsrovsky on
        November 15, 2006.

25

1            Accordingly, IT IS HEREBY ORDERED that:

2            1.      The January 8, 2007, findings and recommendations are vacated;

3            2.      By separate order, the court will direct service on defendants Frates and

4 Wauwsrovsky by the United States Marshal;

5            3.      The Clerk of the Court shall send plaintiff two USM-285 forms, one

6 summons, an instruction sheet, and a file-stamped copy of the third amended complaint filed on

7 August 25, 2006; and

8            4.      Within 60 days of the date of this order, plaintiff shall complete the

9 attached Notice of Submission of Documents and submit the following documents to the court:

10                a.      The completed Notice of Submission of Documents;

11                b.      Two completed USM-285 forms – one for defendant
Haynes and one for defendant Dragash; and

12

13                c.      Two copies of the file-stamped third amended complaint.

14

15 DATED:  February 13, 2007.

16

17                                    **CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DARYL LYONS,                                     No. CIV S-02-1355-LKK-CMK-P

         Plaintiff,

    vs.

KNOWLES, et al.,

         Defendants.

_____/

NOTICE OF SUBMISSION OF DOCUMENTS

    Plaintiff hereby submits the following documents in compliance with the court's order:

        __1__        completed summons form;

        _____        completed USM-285 form(s); and

        _____        copies of the third amended complaint.

DATED: _____          _____

                                     Plaintiff