IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL LYONS,    No. CIV S-02-1355-LKK-CMK-P

    Plaintiff,

  vs.    ORDER

KNOWLES, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

    Two defendants – Haynes and Wauwsrovsky – remain unserved.  Service directed to both individuals was returned unexecuted by the United States Marshal because plaintiff had not provided sufficient information on these defendants' current addresses.  Plaintiff has filed requests (Docs. 92 and 93) seeking court assistance in serving defendants Haynes and Wauwsrovsky.  Plaintiff is advised that he may seek such information through that process.  In addition, plaintiff may seek information via the California Public Records Act, Calif. Gov't. Code § 6250, et seq.  Only if access to the required information is denied or unreasonably delayed may plaintiff seek judicial intervention.  Once additional information sufficient to effect service is

obtained, plaintiff shall notify the court whereupon plaintiff will be forwarded the forms necessary for service by the U.S. Marshal.  It is plaintiff's obligation to so notify the court or face dismissal of unserved defendants under Rule 4(m).

Accordingly, IT IS HEREBY ORDERED that plaintiff's requests (Docs. 92 and 93) are denied without prejudice.

DATED: November 30, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE