IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL LYONS, | No. CIV S-02-1355-LKK-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| BUSI, et al., | |
|     Defendants. | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's document (Doc. 104) entitled "Pitches Motion and request for the Personal Filed of Officers Dragash, Frates, Moss, and Doctor Busi," filed on December 19, 2007.  Because discovery is closed (see order at Doc. 103), plaintiff's motion is denied.

       IT IS SO ORDERED.

DATED:  December 26, 2007

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE