1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  VICKIE P. WHITNEY
   Supervising Deputy Attorney General
5  MEGAN R. O'CARROLL, State Bar No. 215479
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 324-5288
8   Fax: (916) 324-5205
    Email: Megan.OCarroll@doj.ca.gov

Attorneys for Defendants Busi, Dragash, Frates, and Moss

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARYL LYONS,** | 2:02-cv-1355 LKK CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| **KNOWLES, et al.,** | |
| Defendants. | |

The court finds there is good cause to grant Defendants' request for an extension of time to respond to Plaintiff's request for production of documents. Accordingly, Defendants are granted a period of thirty days, to and including January 30, 2007, to file and serve a response.

**IT IS SO ORDERED.**

DATED: January 3, 2008

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1