EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
VICKIE P. WHITNEY
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 324-5288
  Fax:           (916) 324-5205
  Email:  Megan.OCarroll@doj.ca.gov

Attorneys for Defendants Busi, Dragash, Frates, and Moss

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARYL LYONS,** | Case No.: 2:02-cv-1355 LKK CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| **KNOWLES, et al.,** | |
| Defendants. | |

The court finds there is good cause to grant Defendants' request for an extension of time to file a motion for summary judgment.  Accordingly, the parties are granted a period of thirty days, to and including March ~~30~~ 20, 2008, to file and serve a motion for summary judgment.

**IT IS SO ORDERED.**

DATED: February 19, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1