1

2

3

4

5

6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DARYL LYONS,                          No. CIV S-02-1355-LKK-CMK-P

12                Plaintiff,

13        vs.                              <u>ORDER</u>

14   BUSI, et al.,

15                Defendants.

16   _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion to compel further responses

19   to discovery (Doc. 114), filed on February 25, 2008.  Because discovery is closed (<u>see</u> order at

20   Doc. 103), plaintiff's motion is denied.

21          IT IS SO ORDERED.

22

23    DATED:  February 28, 2008

24                                         _____
                                           **CRAIG M. KELLISON**
25                                         UNITED STATES MAGISTRATE JUDGE

26