# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL LYONS,                     No. CIV S-02-1355-LKK-CMK-P

    Plaintiff,

  vs.                             <u>ORDER</u>

BUSI, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is a motion for reconsideration of the magistrate judge's December 19, 2007, order.

        Pursuant to Eastern District of California Local Rule 72-303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law. Moreover, the motion is untimely. Pursuant to Eastern District of California Local Rule 72-303(b), "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." Here, the motion for reconsideration of the magistrate

1  judge's order was signed on January 17, 2008, and filed on January 24, 2008.  Both dates are

2  more than 10 days from the date of service of the magistrate judge's order.[1]  The motion is,

3  therefore, denied.

4      Accordingly, IT IS HEREBY ORDERED that:

5      1.    The motion for reconsideration is denied; and

6      2.    The magistrate judge's December 18, 2007, order is affirmed.

7  DATED: March 14, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Pursuant to Houston v. Lack, 487 U.S. 266 (1988), for pro se prisoner litigants seeking reconsideration, the court has calculated the 10-day period from the date the motion was delivered to prison authorities for mailing to the court.  Otherwise, the 10-day period has been calculated based on the date the motion for reconsideration was actually filed.

2