IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL LYONS, | No. CIV S-02-1355-LKK-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| BUSI, et al., | |
|     Defendants. | |
|                                       / | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

       Two defendants – Haynes and Wauwsrovsky – remain unserved.  Service directed to both individuals was returned unexecuted by the United States Marshal because plaintiff had not provided sufficient information on these defendants' current addresses.  Specifically, summons was returned unexecuted as to Wauwsrovsky because he is overseas on military duty, and summons was returned unexecuted as to Haynes because there is "no Haynes at facility" indicated by plaintiff.

/ / /

/ / /

1

1  Discovery in this action is closed and dispositive motions have been filed.
2  Therefore, the court finds it appropriate at this time to direct plaintiff to show cause why
3  defendants Haynes and Wauwsrovksy should not be dismissed pursuant to Federal Rule of Civil
4  Procedure 4(m) for failure to effect timely service of process.  Plaintiff is cautioned that failure to
5  respond to this order may result in dismissal of these unserved defendants.  <u>See</u> Local Rule 11-
6  110.
7  Accordingly, IT IS HEREBY ORDERED that, within 30 days of the date of this
8  order, plaintiff shall file a response to this order to show cause.

DATED: March 23, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2