IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL LYONS,                                              No. CIV S-02-1355-LKK-CMK-P

      Plaintiff,

  vs.                                                             ORDER

BUSI, et al.,

      Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On July 1, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 1, 2008, are adopted in full;

2. Defendants Haynes and Wauwsrovsky are dismissed for lack of service pursuant to Federal Rule of Civil Procedure 4(m);

3. Defendants' motion for summary judgment (Doc. 119) is granted in part and denied in part;

4. Summary judgment is appropriate as to plaintiff's claims against defendants Frates, Moss, and Busi;

5. Summary judgment is not appropriate as to plaintiff's excessive force claim against defendant Dragash; and

6. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

DATED: August 22, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT