IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL LYONS,                                           No. CIV S-02-1355-LKK-CMK-P

      Plaintiff,

   vs.                                                          ORDER

DRAGASH,

      Defendant.

_____/

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time motion for an extension of time (Doc. 131) to file his status report pursuant to the court's August 26, 2008, order. Good cause appearing therefor, the request is granted. Plaintiff's status report is due within 30 days of the date of this order and defendant's status report is due within 30 days after the date of service of plaintiff's status report.

/ / /

/ / /

/ / /

/ / /

1

1       IT IS SO ORDERED.

2

3 DATED: September 23, 2008

4

5                                         **CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE